| | |
|---|---|
| 1 | Kathleen Maylin (State Bar No. 155371) |
| 2 | Allison M. Dibley (State Bar No. 213104)<br>JACKSON LEWIS LLP |
| 3 | 199 Fremont Street, 10th Floor<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 394-9400<br>Facsimile: (415) 394-9401 |

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT
and ARLENE ACKERMAN (a public entity and
public entity employee)

Herman Franck (State Bar No. 123476)
LAW OFFICES OF HERMAN FRANCK
926 J Street, Suite 914
Sacramento, California 95814
Telephone: (916) 447-8400
Facsimile: (916) 447-0720

Attorneys for Plaintiff
NASSER AZIMI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER AZIMI,<br><br>  Plaintiff,<br><br>  v.<br><br>ARLENE ACKERMAN, SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>  Defendants. | Case No.: C 05-01655 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: Sept. 7, 2004<br>Trial Date: Not set |

Defendants SAN FRANCISCO UNIFIED SCHOOL DISTRICT (the "District"), and Arlene Ackerman, Ed.D. (collectively "Defendants"), and plaintiff NASSER AZIMI ("Plaintiff") (collectively the "Parties") hereby stipulate as follows:

1. Plaintiff, the District's former Chief Information Officer, has filed a complaint against Defendants, alleging that Defendants retaliated against him in violation of California Labor Code section 1102.5 and alleging that Arlene Ackerman's conduct towards him violated 42 U.S.C. section 1983.

///

2. The Case Management Conference is scheduled for August 19, 2005, at 10:30 a.m. in Courtroom 7 with August 12, 2005 as the last day for the Parties to complete their initial disclosures, file/serve their Case Management Statement, and file/serve their Rule 26(f) Report.

3. Defendants' counsel is not available for the Case Management Conference on August 19, 2005. Kathleen Maylin, the partner assigned to this case, must attend an early settlement conference in another matter on August 19, 2005. Allison M. Dibley, the associate assigned to this case, will be out of town on August 19 and unavailable to participate in the Case Management Conference.

4. Pursuant to Civil L.R. 16-2(e), the Parties hereto agree that good cause exists for a continuance of the Case Management Conference and respectfully request that the Court reschedule the conference for August 26, 2005 or September 23, 2005 with August 19, 2005 or September 16, 2005, respectively, as the last day for the Parties to complete their initial disclosures, file/serve their Case Management Statement, and file/serve their Rule 26(f) Report.

Dated: 7/29 , 2005

JACKSON LEWIS

By: _____
Kathleen G. Maylin
Allison Dibley
Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL
DISTRICT and ARLENE ACKERMAN

Dated: _____, 2005

LAW OFFICES OF HERMAN FRANCK

By: _____
Herman Franck
Attorneys for Plaintiff
NASSER AZIMI

/ / /
/ / /
/ / /
/ / /
/ / /

1  2.  The Case Management Conference is scheduled for August 19, 2005, at 10:30 a.m. in Courtroom 7 with August 12, 2005 as the last day for the Parties to complete their initial disclosures, file/serve their Case Management Statement, and file/serve their Rule 26(f) Report.

3.  Defendants' counsel is not available for the Case Management Conference on August 19, 2005. Kathleen Maylin, the partner assigned to this case, must attend an early settlement conference in another matter on August 19, 2005. Allison M. Dibley, the associate assigned to this case, will be out of town on August 19 and unavailable to participate in the Case Management Conference.

4.  Pursuant to Civil L.R. 16-2(e), the Parties hereto agree that good cause exists for a continuance of the Case Management Conference and respectfully request that the Court reschedule the conference for August 26, 2005 or September 23, 2005 with August 19, 2005 or September 16, 2005, respectively, as the last day for the Parties to complete their initial disclosures, file/serve their Case Management Statement, and file/serve their Rule 26(f) Report.

Dated: _____, 2005                    JACKSON LEWIS

                                           By: _____
                                           Kathleen G. Maylin
                                           Allison Dibley
                                           Attorneys for Defendants
                                           SAN FRANCISCO UNIFIED SCHOOL
                                           DISTRICT and ARLENE ACKERMAN

Dated: Jul 29, 2005                        LAW OFFICES OF HERMAN FRANCK

                                           By: _____
                                           Herman Franck
                                           Attorneys for Plaintiff
                                           NASSER AZIMI

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MGMT. CONFERENCE              Case No. C 05-01655 MMC
                         2

1

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED**, good cause appearing, that the Case Management Conference is continued to August 26, 2005.  August 19, 2005 is the last day for the Parties to complete their initial disclosures, file/serve their Case Management Statement, and file/serve their Rule 26(f) Report.

Dated: August 1, 2005           By_____
                                    The Honorable Maxine M. Chesney
                                    United States District Judge

*[Signature and seal: Judge Maxine M. Chesney, United States District Court, Northern District of California]*

H:\S\San Francisco Unified School District\Azimi, Nasser [81276]\Pleadings\Stip to Continue CMC.doc