IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NASSER AZIMI,

    Plaintiff,

  v.

ARLENE ACKERMAN, et al.,

    Defendants.

No. C-05-1655 MMC

**ORDER DENYING SUBSTITUTION OF COUNSEL WITHOUT PREJUDICE**

On May 9, 2006, counsel for plaintiff Nasser Azimi ("Azimi") electronically filed a notice of substitution of attorney purporting to substitute Azimi in propria persona. Although the document indicates it was signed by counsel, the document does not indicate it was signed by Azimi.[1]  Accordingly, the substitution of counsel is hereby DENIED without prejudice to the filing of a new substitution of counsel signed by plaintiff. Unless and until a proper substitution of counsel is filed, counsel's motion to withdraw remains on calendar for June 16, 2006.

**IT IS SO ORDERED.**

Dated: May 15, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, no chambers copy was provided, in violation of General Order 45 and the Court's standing orders, which require a party to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.