Herman Franck, Esq. (SB # 123476)
Law Offices of Herman Franck
1801 7th Street, Suite 150
Sacramento, CA 95814
Tel. (916) 447-8400; Fax (916) 447-0720

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nasser Azimi,

        Plaintiff,

vs.

Arlene Ackerman,
San Francisco Unified School District,

        Defendants,
_____/

Case No. C 05-01655 MMC

NOTICE OF SUBSTITUTION OF
ATTORNEY; ORDER THEREON

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Plaintiff Nasser Azimi makes the following substitution of attorney:

1. Former legal representative: Attorney Herman Franck, Esq.

2. New legal representative: Nasser Azimi, Plaintif *propia persona*
        P.O. Box 161505
        Sacramento, CA 95816
        (916) 879-7597 (cell)
        (916) 939-1652 (work)
        Fax: (214) 242-3526

SUBSTITUTION OF ATTORNEY        1

3. I consent to this substitution:

_____     Dated: May 8, 2006
Nasser Azimi
Plaintiff


_____     Dated: May 8, 2006
Herman Franck, Esq.
Former attorney for Nasser Azimi


SO ORDERED: This order terminates Docket No. 29, and the June 16, 2006 hearing on the motion to withdraw is hereby VACATED.

_____     Dated: May 22, 2006
United State District Court Judge

SUBSTITUTION OF ATTORNEY                2