Nasser Azimi
Post Office Box 161505
Sacramento, CA 95816
Telephone: (916) 879-7597
Facsimile: (214) 242-3526

Plaintiff In Pro Per

RECEIVED
06 JUN 21 PM 3:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 22 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER AZIMI, <br><br> Plaintiff, <br><br> v. <br><br> ARLENE ACKERMAN, SAN FRANCISCO UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive <br><br> Defendants. | Case No.: C 05-01655 MMC <br><br> **STIPULATION RE: DISMISSAL** |

IT IS HEREBY STIPULATED by and between parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

Dated: 6/16/2006

_____
Nasser Azimi
Plaintiff In Pro Per

Dated: 6/21/06

JACKSON LEWIS LLP

By: _____
Kathleen Maylin   213104 (SBN)
Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL
DISTRICT and ARLENE ACKERMAN

1

STIPULATION RE: DISMISSAL                                                Case No.: C 05-01655 MMC

1 | IT IS SO ORDERED:

2 | JUN 2 2 2006

3 | Dated: _____, 2006       By /s/ Maxine M. Chesney
                                    The Honorable Maxine M. Chesney
4 |                                 United States District Court Judge

2

STIPULATION RE: DISMISSAL                              Case No.: C 05-01655 MMC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AZIMI,

    Plaintiff,

v.

ACKERMAN et al,

    Defendant.

Case Number: CV05-01655 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Allison Marie Dibley
Kathleen Maylin
Jackson Lewis LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105

Nasser Azimi
P.O. Box 161505
Sacramento, CA 95816

Dated: June 22, 2006

    Richard W. Wieking, Clerk

    *Tracy Lucero*

    By: Tracy Lucero, Deputy Clerk